# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PARNELL MILTON,

    Plaintiff,

    v.

S. SLOTA, et al.,

    Defendants.

Case No. 16-C-684

# ORDER

    On July 18, 2016, Plaintiff filed a new § 1983 complaint form with a cover letter and second request to proceed without prepaying the filing fee. This Court does not accept supplements to pleadings. Any amendments to the complaint must be made in conformity with Civil L.R. 15. Under Civil L.R. 15(b), "[a] motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleading must be filed as an attachment to the motion to amend." The plaintiff is advised that the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint." The amended complaint supersedes the prior complaint and must be complete in itself without reference to the original complaint. *See* Civil L.R. 15(a). If an amended complaint is received, it will be screened pursuant to 28 U.S.C. § 1915. As this Court has already addressed Plaintiff's previous motion for leave to proceed without prepayment of the filing fee, Plaintiff's second request is **DENIED**.

    Dated this   22nd   day of July, 2016.

                                                   s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court