UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PARNELL MILTON,

        Plaintiff,

  v.                                         Case No. 16-C-684

I. SLOTA, Deputy, ET AL.,

        Defendants.

## ORDER

      Plaintiff Parnell Milton filed a letter with the Court on November 5, 2016, which will be construed as a motion seeking reconsideration of the Court's Order denying his motion to amend his complaint and to compel discovery. Plaintiff's motion for reconsideration asserts he could not file the motions until he received a copy of his original complaint and he had difficulties sending mail from the Milwaukee County Jail. Plaintiff's motion to amend his complaint failed to attach the proposed amended complaint. Plaintiff's proposed interrogatories address issues beyond the scope of his claim and are thus irrelevant. Nothing Plaintiff adds in his motion merits reconsideration of either original motion. Accordingly, the motion for reconsideration is **DENIED**.

      Dated this  12th  day of December, 2016.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court